RANDY S. GROSSMAN
United States Attorney
KAREEM A. SALEM
Assistant U.S. Attorney
California Bar No. 288906
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-8904
Kareem.Salem@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-cr-4216-CAB |
| Plaintiff, | **UNITED STATES' NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)** |
| v. | |
| AIMEE CHAVIRA, | |
| Defendant. | |

The United States of America, by and through its counsel, Randy S. Grossman, United States Attorney for the Southern District of California, and Kareem A. Salem, Assistant United States Attorney, hereby files its Notice of Non-Opposition to Defendant's Motion to Reduce Sentence.

## I.

## BACKGROUND

On November 13, 2019 Aimee Chavira was sentenced to 120 months of custody. [ECF 66]. On May 4, 2023 Ms. Chavira filed a motion asking this Court to reduce her sentence of imprisonment under 18 U.S.C. § 3582(c)(1)(A) and order her immediate release. [ECF 75].

//
//
//
//

## II.

## UNITED STATES' POSITION

The United States does not oppose Ms. Chavira's request to reduce her ten-year sentence to time-served pursuant to 18 U.S.C. § 3582(c)(1)(A).

DATED: May 19, 2023                    Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

_____
KAREEM A. SALEM
Assistant U.S. Attorney